```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04712
   JOSEPH A NAVARRO
   MICHELLE M NAVARRO                           CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7528     SSN XXX-XX-2491


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/29/2008 and was not confirmed.

     The case was dismissed without confirmation 05/07/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
CAPITAL ONE              UNSECURED           987.63         .00          .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY      NOT FILED         .00          .00
CODILIS & ASSOCIATES ^   NOTICE ONLY      NOT FILED         .00          .00
SPRINT                   UNSECURED        NOT FILED         .00          .00
GEMB/CARE CREDIT CORE    UNSECURED        NOT FILED         .00          .00
HSBC NV/GM CARD          UNSECURED        NOT FILED         .00          .00
TARGET NATIONAL BANK     UNSECURED          1183.39         .00          .00
AMERICAS SERVICING COMPA CURRENT MORTG         .00          .00          .00
AMERICAS SERVICING COMPA MORTGAGE ARRE        .00          .00          .00
CHASE AUTO FINANCE       SECURED VEHIC   12359.09           .00       107.64
CODILIS & ASSOCIATES ^   NOTICE ONLY      NOT FILED         .00          .00
LEGAL HELPERS PC         DEBTOR ATTY      2,504.00                       .00
TOM VAUGHN               TRUSTEE                                        9.36
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 117.00

PRIORITY                                            .00
SECURED                                          107.64
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                               9.36
DEBTOR REFUND                                       .00
                      ---------------      ---------------
TOTALS                  117.00                   117.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 04712 JOSEPH A NAVARRO & MICHELLE M NAVARRO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 08/26/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```